JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID GUERRERO,             ) Case No. CV 18-9411-JGB (JPR)
                                  )
              Petitioner,  )     **J U D G M E N T**
                                    )
             v.             )
                                    )
THERESA CISNEROS, Acting     )
Warden,                        )
                                    )
             Respondent.  )
_____)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: <u> June 11, 2021 </u>                        
                               JESUS G. BERNAL
                               U.S. DISTRICT JUDGE